IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NELSON L. GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> CAMDEN COUNTY JAIL, <br><br> Defendant. | Civil Action <br> No. 16-7440 (JBS-AMD) <br><br> **MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

Plaintiff Nelson L. Gonzalez seeks to bring this civil action *in forma pauperis* ("IFP"). IFP Application, Docket Entry 1-1.

According to the application submitted by Plaintiff, Plaintiff earns on average $2,000 per month and expects to earn $2,500 next month. *Id.* Plaintiff did not submit any monthly expenditures. Therefore, it appears Plaintiff is able to pay the $350 filing fee and $50 administrative fee. His application to proceed *in forma pauperis* is therefore denied. This matter shall be administratively terminated pending submission of the filing and administrative fees.

An appropriate order follows.

**December 28, 2016**           **s/ Jerome B. Simandle**
Date           JEROME B. SIMANDLE
         Chief U.S. District Judge